WALTER STEGAL V. THE STATE.

No. 8919. Decided November 5, 1924.

No motion for rehearing filed.

Burglary.

No statement of fact nor bills of exception appearing in the record, cause is affirmed.

Appeal from the Criminal District Court of Dallas County. Tried below before the Hon. Felix D. Robertson, Judge.

Appeal from a conviction of burglary; penalty, three years in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is burglary; punishment fixed at confinement in the penitentiary for a period of three years.

The indictment appears regular. The facts are not at hand. No fundamental error is perceived, and there is no complaint by bill of exceptions of any error in the procedure.

The judgment is affirmed.

*Affirmed.*